PERETORE & PERETORE, P.C.
110 Park Street
Staten Island, NY 10306
(718) 667-8785
Attorneys for General Electric Capital Corporation

Frank Peretore, Esq.
FP #7020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | Case Number: |
| | Judge |
| Plaintiff, | |
| | ECF CASE |
| v. | |
| RURAK OCEAN TOURS, INC., ROYAL TOURS SERVICE, INC., HIROAKI ONUKI, MICHAEL COLANGELO, PREMIER COACH, INC., AGIM LOZOJA, | ORDER TO SHOW CAUSE |
| Defendants. | |

-----------------------------------------------------------------x

This matter having been opened to the Court by Peretore & Peretore, P.C. attorneys for plaintiff General Electric Capital Corporation seeking temporary restraints and an Order of Seizure and the Court having considered the Verified Complaint, Affidavit of Seth Graff and Memorandum of Law, and the Court finding that plaintiff will suffer immediate and irreparable harm if the within order is not entered, and for good cause shown;

IT IS on this ___7th___ day of __April__, 2008;

ORDERED that defendants shall show cause before the Hon. _Sidney H. Stein_ at the __U.S. Courthouse, 500 Pearl ST, NYNY Ctrm 23A__ on the __18th__ day of

_April_, 200_8_ at _2_ ~~a.m.~~/p.m. or as soon thereafter as counsel may be heard, as follows:

a. why a preliminary and permanent injunction should not be entered in accordance with the request sought in the Verified Complaint including entry of an Order of Seizure of vehicles that are the subject of a Master Security Agreement between Rurak Ocean Tours, Inc.("Rurak") and plaintiff and further requiring defendants to return said vehicles to Rurak's principal place of business at 1150 Longwood Ave., Bronx, New York; and it is further

ORDERED that defendants shall file their _memoranda and_ affidavits, if any, in opposition to such injunctive order not later than _April 15_ ~~days before the return date hereof~~, and plaintiffs shall file their reply ~~affidavit~~ _papers_ not later than _April 17_ ~~days before the return date hereof~~, and it is further

ORDERED that defendants shall file _their_ answer or other pleadings to the Verified Complaint within 20 days of _service of the complaint_ ~~this Order~~ by serving a copy of same upon the attorneys for plaintiffs within the time as provided by the Rules of Court ~~and, in the event of default thereof, judgment shall be entered for the relief prayed for in the Verified~~ Complaint; and it is further

ORDERED that a copy of the Verified Complaint, _Summons_ Order to Show Cause and supporting papers shall be served on defendants, _on or before April 11, 2008._ ~~via overnight delivery and such service shall constitute effective personal service on defendants.~~

Dtd: NY,NY
April 7, 2008

_____
HON.                    U.S.D.J.