

# PERETORE & PERETORE
### A PROFESSIONAL CORPORATION
### COUNSELLORS AT LAW

FRANK PERETORE*
JANIS MIGLIORISE PERETORE**

*NEW JERSEY, NEW YORK & D.C. BARS
**NEW JERSEY & NEW YORK BARS

19 WOODPORT ROAD
SPARTA, NEW JERSEY 07871-2641
(973) 729-8991
TELEFAX (973) 729-8913
E-MAIL peretore@peretore.com

NEW YORK OFFICE
110 PARK STREET
STATEN ISLAND, N.Y. 10306
(718) 667-8785

REPLY TO NEW JERSEY

April 14, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

VIA TELEFAX (212) 805-7924

Honorable Sidney H. Stein
US District Court
Southern District
Daniel P. Moynihan U.S. Courthouse
Room 1010
500 Pearl Street
New York City, New York 10007-1312

**MEMO ENDORSED**

RE: General Electric Capital Corporation v. Rurak Ocean Tours, *et als*.
   Case No. 08-CV-03378

Dear Judge Stein:

    This office represents the plaintiff, General Electric Capital Corporation, with regard to the above matter. This shall confirm my office's telephone conversation with Laura of Your Honor's Chambers, wherein we advised the defendants have alleged they wish to peacefully surrender the equipment at issue next Monday. As the Order to Show Cause is scheduled for this Friday, April 18, 2008, counsel for the defendants has requested the Order to Show Cause be adjourned until Wednesday or Thursday of next week so the equipment can be peacefully surrendered. Please confirm this request is acceptable and when the Order to Show Cause will now be returnable, but please note we do not wish to adjourn the hearing beyond next week.

    This shall also confirm the defendants have, in connection with this request, agreed to waive any defense based upon service of process.

    Thank you for Your Honor's assistance.

Respectfully submitted,

Frank Peretore

*The return date for the order to show cause is adjourned to May 1, 2008, at 4:00 pm.*

SO ORDERED 4/14/08

SIDNEY H. STEIN
U.S.D.J.

FP:mm
cc: Client (via e-mail)
    Ira Scot Meyerowitz, Esq. (via telefax)