| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SEE ATTACHED ADDNEDUM** | |
| EFFECTED (1) BY ME: **BRIAN OBIE** | |
| TITLE: **PROCESS SERVER** | DATE: **04/08/2008  08:39PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MICHAEL COLANGELO

Place where served:

691 EASTERN COURT   RIDGEWOOD NJ

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JUNKO COLANGELO

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F    AGE: 51-65    HEIGHT: 5'4"-5'8"    WEIGHT: 100-130 LBS.    SKIN: YELLOW    HAIR: BLACK    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

ENTITY LIVES AT 691 EASTERN COURT RIDGEWOOD NJ.
PLEASE BILL FOR BAD ADDRESS

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04 / 09 / 20 08          _____ L.S.
SIGNATURE OF BRIAN OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

04/09/08
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

ATTORNEY:   FRANK PERETORE, ESQ.
PLAINTIFF:    GENERAL ELECTRIC CAPITAL CORPORATION
DEFENDANT: RURAK OCEAN TOURS, INC., ET AL
VENUE:        DISTRICT
DOCKET:      08 CV 03378

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ