U.S. DISTRICT COURT of the STATE OF NEW YORK
COUNTY OF SOUTHERN-NY

N
Index # 08 CV 3378
Date Index # Filed 04/07/08

Plaintiff(s)
GENERAL ELECTRIC CAPITAL CORPORATION

- against -   AFFIDAVIT

Defendant(s)
RURAK OCEAN TOURS, INC., ROYAL TOURS SERVICE, INC.
ET AL.,

Peretore & Peretore, P.C
191 Woodport Rd.,
Sparta, NJ 07871

Court Date:
Your File No:
Our Rec. No: 290459

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

ROBERT WINCKELMANN LIC#0971194, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 04/08/08 at 4:15PM at:

   1150 LONGWOOD AVENUE
   BRONX, NY  10454

deponent served the within SUMMONS IN A CIVIL ACTION & COMP, OTSC, SUMMONS, COMP, MEMO*
on PREMIER COACH, INC. recipient therein named.

By delivering to and leaving with VANESSA RIOS
at 1150 LONGWOOD AVE., BRONX, NY
and that he knew the person so served to be the MANAGING AGENT
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 30     Approximate Weight: 125     Approximate Height: 5'8
Color of Skin: BROWN        Color of Hair: BLACK        Sex: FEMALE
**OF LAW, AFF OF SETH GRAFF, RULE 7.1 STATEMENT, JUDGE ROBINSON'S
  RULES, INSTRUCTIONS, GUIDELINES & PROCEDURES

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 04/14/08
Timothy L. Compton #01CO6035895
Notary Public, State of New York
Nassau County, Commission Expires 01/10/2010

ROBERT WINCKELMANN LIC#09711



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern       District of       New York

General Electric Capital Corporation

V.

Rurak Ocean Tours, Inc., Royal Tours Service, Inc., Hiroaki Onuki, Michael Colangelo, Premier Coach, Inc., Agim Lozoja

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 03378

TO: (Name and address of Defendant)

Premier Coach, Inc.
1150 Longwood Avenue
Bronx, NY 10454

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peretore & Peretore, PC
110 Park Street
Staten Island, NY 10306

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON          APR 0 7 2008

CLERK                       DATE

(By) DEPUTY CLERK