| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

SERVICE OF: CIS, ORDER TO SHOW CAUSE, SUMMONS, COMPLAINT, MEMORANDUM OF LAW, AFFIDAVIT OF SETH GRAFF, RULE 7.1 STATEMENT, JUDGE SIDNEY H. STEIN RULES, INSTRUCTIONS FOR FILING ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING. GUIDELINES FOR ELECTRONIC CASE FILING

EFFECTED (1) BY ME: **BRIAN OBIE**
TITLE: **PROCESS SERVER**    DATE: **04/08/2008 08:39PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MICHAEL COLANGELO

Place where served:

691 EASTERN COURT  RIDGEWOOD NJ

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JUNKO COLANGELO

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: YELLOW   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

ENTITY LIVES AT 691 EASTERN COURT RIDGEWOOD NJ.
PLEASE BILL FOR BAD ADDRESS

**STATEMENT OF SERVER**

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/17/20 08

SIGNATURE OF BRIAN OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

CARLA P. GOMES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 27, 2009

ATTORNEY:   FRANK PERETORE, ESQ.
PLAINTIFF:  GENERAL ELECTRIC CAPITAL CORPORATION
DEFENDANT:  RURAK OCEAN TOURS, INC., ET AL
VENUE:      DISTRICT
DOCKET:     08 CV 03378

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

General Electric Capital Corporation

V.

Rurak Ocean Tours, Inc., Royal Tours Service, Inc., Hiroaki Onuki, Michael Colangelo, Premier Coach, Inc., Agim Lozoja

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 03378

TO: (Name and address of Defendant)

Michael Colangelo
929 E. Ridgewood Avenue
Ridgewood, New Jersey

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peretore & Peretore, PC
110 Park Street
Staten Island, NY 10306

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE APR 07 2008

(By) DEPUTY CLERK

```
U.S. DISTRICT COURT of the STATE OF NEW YORK                    N
COUNTY OF SOUTHERN-NY                              Index # 08 CV 3378
                                              Date Index # Filed 04/07/08
```

Plaintiff(s)
GENERAL ELECTRIC CAPITAL CORPORATION

Peretore & Peretore, P.C
191 Woodport Rd.,
- against -                    AFFIDAVIT           Sparta, NJ 07871

Defendant(s)
RURAK OCEAN TOURS, INC., ROYAL TOURS SERVICE, INC.
ET AL.,

Court Date:
Your File No:
Our Rec. No: 290460

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

ROBERT WINCKELMANN LIC#0971194, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 04/08/08 at 4:15PM at:

    1150 LONGWOOD AVENUE
    BRONX, NY 10454

deponent served the within SUMMONS IN A CIVIL ACTION & COMP, OTSC, SUMMONS, COMP, MEMO*
on ROYAL TOURS SERVICE, INC. recipient therein named.

By delivering to and leaving with VANESSA RIOS
at 1150 LONGWOOD AVE., BRONX, NY
and that he knew the person so served to be the MANAGING AGENT
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 30      Approximate Weight: 125     Approximate Height: 5'8
Color of Skin: BROWN     Color of Hair: BLACK        Sex: FEMALE
**OF LAW, AFF OF SETH GRAFF, RULE 7.1 STATEMENT, JUDGE STEIN'S
  RULES, INSTRUCTIONS, GUIDELINES & PROCEDURES

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 04/14/08
Bruce J Smilowitz #01SM4965926
Notary Public, State of New York                    ROBERT WINCKELMANN LIC#09711
Nassau County, Commission Expires 04/30/2010

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

General Electric Capital Corporation

V.

Rurak Ocean Tours, Inc., Royal Tours Service, Inc., Hiroaki Onuki, Michael Colangelo, Premier Coach, Inc., Agim Lozoja

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 03378

TO: (Name and address of Defendant)

Royal Tours Service, Inc.
1150 Longwood Avenue
Bronx, NY 10454

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peretore & Peretore, PC
110 Park Street
Staten Island, NY 10306

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    APR 0 7 2008