AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE**

SERVICE OF:   CIS, ORDER TO SHOW CAUSE, SUMMONS, COMPLAINT, MEMORANDUM OF LAW, AFFIDAVIT OF SETH GRAFF, RULE 7.1 STATEMENT, JUDGE SIDNEY H. STEIN RULES, INSTRUCTIONS FOR FILING ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING. GUIDELINES FOR ELECTRONIC CASE FILING
EFFECTED (1) BY ME:   **BRIAN OBIE**
TITLE:   **PROCESS SERVER**                               DATE: **04/08/2008  08:39PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MICHAEL COLANGELO

Place where served:

691 EASTERN COURT   RIDGEWOOD NJ

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JUNKO COLANGELO

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F__ AGE: 51-65__ HEIGHT: 5'4"-5'8"__ WEIGHT: 100-130 LBS.__ SKIN: YELLOW__ HAIR: BLACK__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

ENTITY LIVES AT 691 EASTERN COURT RIDGEWOOD NJ.
PLEASE BILL FOR BAD ADDRESS

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/17/20 08

SIGNATURE OF BRIAN OBIE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

CARLA P. GOMES
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 27, 2009

ATTORNEY:   FRANK PERETORE, ESQ.
PLAINTIFF:  GENERAL ELECTRIC CAPITAL CORPORATION
DEFENDANT:  RURAK OCEAN TOURS, INC., ET AL
VENUE:      DISTRICT
DOCKET:     08 CV 03378

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

General Electric Capital Corporation

v.

Rurak Ocean Tours, Inc., Royal Tours Service, Inc., Hiroaki Onuki, Michael Colangelo, Premier Coach, Inc., Agim Lozoja

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 03378

TO: (Name and address of Defendant)

Michael Colangelo
929 E. Ridgewood Avenue
Ridgewood, New Jersey

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peretore & Peretore, PC
110 Park Street
Staten Island, NY 10306

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  APR 07 2008

```
U.S. DISTRICT COURT of the STATE OF NEW YORK              N
COUNTY OF SOUTHERN-NY                          Index # 08 CV 3378
                                               Date Index # Filed 04/07/08
```

Plaintiff(s)
GENERAL ELECTRIC CAPITAL CORPORATION

                   - against -              AFFIDAVIT

Defendant(s)
RURAK OCEAN TOURS, INC., ROYAL TOURS SERVICE, INC.
ET AL.,

Peretore & Peretore, P.C
191 Woodport Rd.,
Sparta, NJ 07871

Court Date:
Your File No:
Our Rec. No: 290460

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

ROBERT WINCKELMANN LIC#0971194, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 04/08/08 at 4:15PM at:

    1150 LONGWOOD AVENUE
    BRONX, NY  10454

deponent served the within SUMMONS IN A CIVIL ACTION & COMP, OTSC, SUMMONS, COMP, MEMO*
on ROYAL TOURS SERVICE, INC. recipient therein named.

By delivering to and leaving with VANESSA RIOS
at 1150 LONGWOOD AVE., BRONX, NY
and that he knew the person so served to be the MANAGING AGENT
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 30      Approximate Weight: 125     Approximate Height: 5'8
Color of Skin: BROWN     Color of Hair: BLACK        Sex: FEMALE
**OF LAW, AFF OF SETH GRAFF, RULE 7.1 STATEMENT, JUDGE STEIN'S
  RULES, INSTRUCTIONS, GUIDELINES & PROCEDURES

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 04/14/08
Bruce J Smilowitz #01SM4965926
Notary Public, State of New York
Nassau County, Commission Expires 04/30/2010

ROBERT WINCKELMANN LIC#09711

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

General Electric Capital Corporation

V.

Rurak Ocean Tours, Inc., Royal Tours Service, Inc., Hiroaki Onuki, Michael Colangelo, Premier Coach, Inc., Agim Lozoja

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 03378

TO: (Name and address of Defendant)

Royal Tours Service, Inc.
1150 Longwood Avenue
Bronx, NY 10454

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peretore & Peretore, PC
110 Park Street
Staten Island, NY 10306

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE APR 0 7 2008

```
U.S. DISTRICT COURT of the STATE OF NEW YORK                          N
COUNTY OF SOUTHERN-NY                                   Index # 08 CV 3378
                                                   Date Index # Filed 04/07/08
```

Plaintiff(s)
GENERAL ELECTRIC CAPITAL CORPORATION

                                                Peretore & Peretore, P.C
                                                191 Woodport Rd.,
             - against -              AFFIDAVIT  Sparta, NJ 07871

Defendant(s)
RURAK OCEAN TOURS, INC., ROYAL TOURS SERVICE, INC.
ET AL.,
                                                Court Date:
                                                Your File No:
                                                Our Rec. No: 290459

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

ROBERT WINCKELMANN LIC#0971194, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 04/08/08 at 4:15PM at:

    1150 LONGWOOD AVENUE
    BRONX, NY  10454

deponent served the within SUMMONS IN A CIVIL ACTION & COMP, OTSC, SUMMONS, COMP, MEMO*
on PREMIER COACH, INC. recipient therein named.

By delivering to and leaving with VANESSA RIOS
at 1150 LONGWOOD AVE., BRONX, NY
and that he knew the person so served to be the MANAGING AGENT
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 30      Approximate Weight: 125    Approximate Height: 5'8
Color of Skin: BROWN     Color of Hair: BLACK       Sex: FEMALE
**OF LAW, AFF OF SETH GRAFF, RULE 7.1 STATEMENT, JUDGE STEIN'S
  RULES, INSTRUCTIONS, GUIDELINES & PROCEDURES

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 04/14/08
Bruce J Smilowitz #01SM4965926
Notary Public, State of New York
Nassau County, Commission Expires 04/30/2010

ROBERT WINCKELMANN LIC#09711



⬧AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

General Electric Capital Corporation

V.

Rurak Ocean Tours, Inc., Royal Tours Service, Inc., Hiroaki Onuki, Michael Colangelo, Premier Coach, Inc., Agim Lozoja

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 03378

TO: (Name and address of Defendant)

Premier Coach, Inc.
1150 Longwood Avenue
Bronx, NY 10454

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peretore & Peretore, PC
110 Park Street
Staten Island, NY 10306

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              APR 0 7 2008

CLERK                                           DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT of the STATE OF NEW YORK           N
COUNTY OF SOUTHERN-NY                                  Index # 08 CV 3378
                                                       Date Index # Filed 04/07/08

Plaintiff(s)
GENERAL ELECTRIC CAPITAL CORPORATION                   Peretore & Peretore, P.C
                                                       191 Woodport Rd.,
                - against -          AFFIDAVIT         Sparta, NJ 07871

Defendant(s)
RURAK OCEAN TOURS, INC., ROYAL TOURS SERVICE, INC.
ET AL.,                                                Court Date:
                                                       Your File No:
                                                       Our Rec. No: 290456

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

ROBERT WINCKELMANN LIC#0971194, being duly sworn deposes and says deponent is not a party
to this action and is over the age of eighteen and resides in the State of New York.

That on 04/10/08 at 10:00AM at:

    1150 LONGWOOD AVE
    BRONX, NY  10454

deponent served the within SUMMONS IN A CIVIL ACTION & COMP, OTSC, SUMMONS, COMP, MEMO*
on AGIM LOZOJA AKA AGRON C/O PREMIER COACH, INC recipient therein named.

By personally delivering to and leaving with said
AGIM LOZOJA a true copy thereof and that he knew the
person so served to be the person mentioned and described in said

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 40    Approximate Weight: 200    Approximate Height: 5'11"
Color of Skin: BLACK        Color of Hair: BLACK        Sex: MALE
**OF LAW, AFF OF SETH GRAFF, RULE 7.1 STATEMENT, JUDGE STEIN'S
  RULES, INSTRUCTIONS, GUIDELINES & PROCEDURES

Spoke w/ AGIM LOZOJA AKA AGRON C/O PREMIER COACH, INC on 04/10/08
who confirmed his/her nonmilitary status.

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active
duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so
served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18
years and is not a party to this action.

Sworn to before me this date 04/14/08
Bruce J Smilowitz #01SM4965926
Notary Public, State of New York
Nassau County, Commission Expires 04/30/2010        ROBERT WINCKELMANN LIC#09711



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

General Electric Capital Corporation

V.

Rurak Ocean Tours, Inc., Royal Tours Service, Inc., Hiroaki Onuki, Michael Colangelo, Premier Coach, Inc., Agim Lozoja

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 03378**

TO: (Name and address of Defendant)

Agim Lozoja
247 E. 136th Street
Bronx, New York 10454

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peretore & Peretore, PC
110 Park Street
Staten Island, NY 10306

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL MCMAHON    APR 0 7 2008

CLERK    DATE

(By) DEPUTY CLERK