AO 440 (Rev. 10/93) Summons in a Civil Action         **RETURN OF SERVICE**

SERVICE OF:      **CIS, ORDER TO SHOW CAUSE, SUMMONS, COMPLAINT, MEMORANDUM OF LAW, AFFIDAVIT OF SETH GRAFF, RULE 7.1 STATEMENT, JUDGE SIDNEY H. STEIN RULES, INSTRUCTIONS FOR FILING ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING. GUIDELINES FOR ELECTRONIC CASE FILING**

EFFECTED (1) BY ME:   **BRIAN OBIE**

TITLE:      **PROCESS SERVER**                     DATE: **04/08/2008  08:39PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MICHAEL COLANGELO

Place where served:

691 EASTERN COURT   RIDGEWOOD NJ

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JUNKO COLANGELO

Relationship to defendant: WIFE

Description of person accepting service:

SEX: F__  AGE: 51-65__  HEIGHT: 5'4"-5'8"__  WEIGHT: 100-130 LBS.__      SKIN: YELLOW__  HAIR: BLACK__  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

ENTITY LIVES AT 691 EASTERN COURT RIDGEWOOD NJ.
PLEASE BILL FOR BAD ADDRESS

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4 / 17 / 20 08                        _____ L.S.
                                    SIGNATURE OF BRIAN OBIE
                            GUARANTEED SUBPOENA SERVICE, INC.
                                    2009 MORRIS AVENUE
                                    UNION, NJ 07083

                                                   _Carla P. Gomes_

                                            **CARLA P. GOMES**
                                            NOTARY PUBLIC OF NEW JERSEY
                                            My Commission Expires Oct. 27, 2009

ATTORNEY:      FRANK PERETORE, ESQ.
PLAINTIFF:      GENERAL ELECTRIC CAPITAL CORPORATION
DEFENDANT:      RURAK OCEAN TOURS, INC., ET AL
VENUE:          DISTRICT
DOCKET:         08 CV 03378

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

General Electric Capital Corporation

**SUMMONS IN A CIVIL ACTION**

V.

Rurak Ocean Tours, Inc., Royal Tours Service, Inc., Hiroaki Onuki, Michael Colangelo, Premier Coach, Inc., Agim Lozoja

08 CV 03378

CASE NUMBER:

TO: (Name and address of Defendant)

Michael Colangelo
929 E. Ridgewood Avenue
Ridgewood, New Jersey

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peretore & Peretore, PC
110 Park Street
Staten Island, NY 10306

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

CLERK _____

DATE   APR 07 2008

(By) DEPUTY CLERK