RECEIVED
APR 22 2008
CHAMBERS OF
SIDNEY H. STEIN
U.S.D.J.

PERETORE & PERETORE
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
191 WOODPORT ROAD
SPARTA, NEW JERSEY 07871-2641
(973) 729-8991
TELEFAX (973) 729-8913
E-MAIL peretore@peretore.com

FRANK PERETORE*
JANIS MIGLIORISE PERETORE**
*NEW JERSEY BARS
**NEW JERSEY & NEW YORK BARS

NEW YORK OFFICE
110 PARK STREET
STATEN ISLAND, N.Y. 10306
(718) 667-8785

REPLY TO NEW JERSEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

April 22, 2008

VIA TELEFAX (212) 805-7924

Honorable Sidney H. Stein
US District Court
Southern District
Daniel P. Moynihan U.S. Courthouse
Room 1010
500 Pearl Street
New York City, New York 10007-1312

MEMO ENDORSED

RE: General Electric Capital Corporation v. Rurak Ocean Tours, *et als.*
Case No. 08-CV-03378

Dear Judge Stein:

This office represents the plaintiff, General Electric Capital Corporation, with regard to the above matter. This shall confirm my office's telephone conversation with Laura of Your Honor's Chambers, wherein we advised the defendants have peacefully surrender the equipment and accordingly GE withdraws its pending Order to Show Cause for Seizure. As we wish to continue with the underlying complaint, we respectfully request Your Honor schedule a preliminary conference in mid- to late-May, 2008. *There will be a pretrial conference on May 30, 2008, at 11:30 a.m.*

Thank you for Your Honor's assistance.

Respectfully submitted,

Frank Peretore

FP:ecc
cc: Client (via e-mail)
    Ira Scot Meyerowitz, Esq. (via telefax)

SO ORDERED 4/22/08

SIDNEY H. STEIN
U.S.D.J.