USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GENERAL ELECTRIC CAPITAL CORP.,  :    08 Civ. 3378 (SHS)

           Plaintiff,  :

    -against-  :    ORDER

RURAK OCEAN TOURS, INC., *ET AL.*,  :

           Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that the next pretrial conference will be held on June 26, 2008, at 10:00 a.m.

Dated: New York, New York
       May 30, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.