PERETORE & PERETORE, P.C.
110 Park Street
Staten Island, NY 10306
(718) 667-8785
Attorneys for General Electric Capital Corporation

_____
Frank Peretore, Esq.
FP #7020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
GENERAL ELECTRIC CAPITAL CORPORATION,   :   Case Number: 08-CV-03378
                                         :   Judge Sidney H. Stein
         Plaintiff,                      :
                                         :   ECF CASE
    v.                                   :
                                         :
RURAK OCEAN TOURS, INC., ROYAL TOURS     :
SERVICE, INC., HIROAKI ONUKI, MICHAEL    :   ORDER TO SHOW CAUSE
COLANGELO, PREMIER COACH, INC., AGIM     :
LOZOJA,                                  :
                                         :
         Defendants.                     :
---------------------------------------------------------------x

This matter having been opened to the Court by Peretore & Peretore, P.C. attorneys for plaintiff General Electric Capital Corporation seeking temporary restraints and an Order of Seizure and the Court having considered the Amended Verified Complaint, Affidavit of Seth Graff and Memorandum of Law, and the Court finding that plaintiff will suffer immediate and irreparable harm if the within order is not entered, and for good cause shown;

IT IS on this __30__ day of __May__, 2008;

ORDERED that defendants shall show cause before the Hon. Sidney H. Stein, at the Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York on the __19__ day

of \_\_\_June\_\_\_, 200 8 at \_10\_ a.m./p.m. or as soon thereafter as counsel may be heard, as follows:

    a. why a preliminary and permanent injunction should not be entered in accordance with the request sought in the Amended Verified Complaint including entry of an Order of Seizure of the vehicle that is the subject of a 2007 Master Security Agreement between Rurak Ocean Tours, Inc.("Rurak") and plaintiff and further requiring defendants to return said vehicles to Rurak's principal place of business at 1150 Longwood Ave., Bronx, New York; and it is further

    ORDERED that defendants shall file their affidavits, if any, in opposition to such injunctive order not later than June 13 ~~days before the return date hereof~~, and plaintiffs shall file their reply affidavit not later than June 19 ~~days before the return date hereof;~~ and it is further

    ORDERED that defendants shall file its answer or other pleadings to the Amended Verified Complaint within 20 days of this Order by serving a copy of same upon the attorneys for plaintiffs within the time as provided by the Rules of Court and, in the event of default thereof, judgment shall be entered for the relief prayed for in the Amended Verified Complaint; and it is further

    ORDERED that a copy of the Amended Verified Complaint, Order to Show Cause and supporting papers shall be served on defendants and in the case of defendants Rurak Ocean Tours, Inc., Royal Tours Service, Inc. and Michael Colangelo, on attorney Ira Scot Meyerowitz, Esq. via overnight delivery and such service shall constitute effective personal service on defendants.

                                                                    HON. SIDNEY H. STEIN, U.S.D.J.