```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

GENERAL ELECTRIC CAPITAL CORP.,        :       08 Civ. 3378 (SHS)

                Plaintiff,        :

    -against-                               :       <u>ORDER</u>

RURAK OCEAN TOURS, INC., *ET AL.*,     :

                Defendants.       :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present,

     IT IS HEREBY ORDERED that the conference scheduled for June 26, 2008, is adjourned to July 24, 2008, at 10:00 a.m.

Dated: New York, New York
       June 19, 2008

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.