PERETORE & PERETORE, P.C.
110 Park Street
Staten Island, NY 10306
(718) 667-8785
Attorneys for General Electric Capital Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/08

Frank Peretore, Esq.
FP #7020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

GENERAL ELECTRIC CAPITAL CORPORATION,

  Plaintiff,

  v.

RURAK OCEAN TOURS, INC., ROYAL TOURS
SERVICE, INC., HIROAKI ONUKI, MICHAEL
COLANGELO, PREMIER COACH, INC., AGIM
LOZOJA,

  Defendants.

----------------------------------------------------------------x

Case Number: 08-CV-03378
Judge Sidney H. Stein

ECF CASE

ORDER OF SEIZURE

  An application having duly come to be heard on the ___ day of _____, 200_ for an Order directing seizure of the property described therein:

  One (1) Van Hool 1992 T840 Motor Coach VIN YE2TA72B7N2020992

  Now upon the reading and filing of plaintiff's application for an Order of Seizure, including the Reply to Show Cause dated May 30, 08, the Affidavit of Seth Graff sworn to on the 23th day of May, 2008, the summons and complaint, and no opposition having been filed, with the parties appearing by counsel on 6/19/08, and upon an undertaking in the sum of $73,400.00 to be approved by this Court, and upon hearing Peretore & Peretore, PC (Fredda Katcoff, Esq. appearing) attorneys for the plaintiff in support of this application and Ira Meyerowitz, Esq. appearing for the defendants, and the Court having had due deliberation thereupon, and a

~~decision having~~ been rendered on _____, 200__.

NOW, upon application of Peretore & Peretore, P.C. attorneys for the plaintiff, it is

ORDERED, that the motion for an order of seizure in this matter is granted; and it is further;

ORDERED, that the Marshall, upon service upon him/her of a certified copy of this Order and the papers upon which this Order was granted, and the undertaking in the amount of $73,400.00 which is not less than twice the value of the within chattel, and payment of the proper fees, is directed to seize the

One (1) Van Hool 1992 T840 Motor Coach VIN YE2TA72B7N2020992 (and for that purpose, if the aforesaid chattel is not delivered to him/her to break open, enter and search for the aforesaid chattel in the place where said chattel is located, upon being furnished with the likely specific location of the chattel to wit, 1150 Longwood Avenue, Bronx, NY 10454 or any enclosed garages or lots thereat) and to hold the chattel pursuant to FRCP 64 and Article 71 of the CPLR; and it is further

2

ORDERED, that the Defendants, their principals, employees, servants, family members and agents be and hereby are stayed from removing said chattel and from concealing transporting, selling or in any way transferring or disposing of the same except in furtherance of this order.

*This Order is stayed until June 30, 2008.*

"SO ORDERED"

_____
Honorable Sidney H. Stein, U.S.D.J.