Ira Scot Meyerowitz (IM-2449)
LAW FIRM OF IRA SCOT MEYEROWITZ
347 Fifth Avenue
Suite 1300
New York, New York 10016
Tel:  (212) 686-7006
Fax: (212) 686-7113

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
GENERAL ELECTRIC CAPITAL CORPORATION,

                            Plaintiff,         **RULE 7.1 STATEMENT**

    -against-

                                                 08 Civ. 03378 (SHS)

RURAK OCEAN TOURS, INC., ROYAL TOURS
SERVICE, INC., HIROAKI ONUKI, MICHAEL
COLANGELO, PREMIER COACH, INC., AGIM
LAZOJA,                                             **ECF**

                            Defendants.
----------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Premier Coach, Inc. states that it has no corporate parent and that no publicly held corporation owns ten (10%) percent or more of it stock

Date:  New York, New York
        July 8, 2008

                                       THE LAW FIRM OF IRA SCOT MEYEROWITZ

                                               /s/
                                     By:_____
                                        Ira Scot Meyerowitz (IM  2449)
                                     347 Fifth Avenue
                                     Suite 1300
                                     New York, New York 10016
                                     Tel: (212) 686-7006
                                     Fax: (212) 686-7113

                                     Attorneys for Defendants