Ira Scot Meyerowitz (IM-2449)
LAW FIRM OF IRA SCOT MEYEROWITZ
347 Fifth Avenue
Suite 1300
New York, New York 10016
Tel:  (212) 686-7006
Fax: (212) 686-7113

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GENERAL ELECTRIC CAPITAL CORPORATION,

|  |  |
|---|---|
| Plaintiff, | **RULE 7.1 STATEMENT** |
| -against- | |
| | 08 Civ. 03378 (SHS) |
| RURAK OCEAN TOURS, INC., ROYAL TOURS SERVICE, INC., HIROAKI ONUKI, MICHAEL COLANGELO, PREMIER COACH, INC., AGIM LAZOJA, | **ECF** |
| Defendants. | |

-------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

defendant Royal Tours Service, Inc. states that it has no corporate parent and that no

publicly held corporation owns ten (10%) percent or more of it stock

Date:   New York, New York
        July 8, 2008

                         THE LAW FIRM OF IRA SCOT MEYEROWITZ


                                    /s/
                         By:_____
                              Ira Scot Meyerowitz (IM  2449)
                         347 Fifth Avenue
                         Suite 1300
                         New York, New York 10016
                         Tel: (212) 686-7006
                         Fax: (212) 686-7113

                         Attorneys for Defendants