USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

GENERAL ELECTRIC CAPITAL CORP.,         :       08 Civ. 3378 (SHS)

                Plaintiff,         :

   -against-                                               :       ORDER

RURAK OCEAN TOURS, INC., *ET AL.*,       :

                Defendants.       :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present,

     IT IS HEREBY ORDERED that:

     1.    Defendants' interrogatories and document demands shall be served on or before July 28, 2008;

     2.    The last day for the parties to move to amend the pleadings is September 15, 2008;

     3.    The last day for completion of fact discovery is October 31, 2008;

     4.    There will be a pretrial conference on October 31, 2008, at 10:00 a.m.; and

     5.    This case is being referred to Magistrate Judge Frank Mass for settlement.

Dated: New York, New York
       July 24, 2008

                                                         SO ORDERED:

                                                         Sidney H. Stein, U.S.D.J.

MICROFILMED JUL 2 8 2008 -12 00 PM