USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

G. E. CAPITAL

                     Plaintiff,

          -against-

RURAK OCEAN TOURS, INC, ET. AL.,

                     Defendants.
------------------------------------------------------------x

08-civ-3378 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held on February 6, 2009, it is hereby ordered that:

      1. Defendants may submit a sur-reply to plaintiff's motion for summary judgment. The sur-reply may be no more than five (5) pages in length and must be submitted to the Court on or before February 11, 2009.

      2. The three remaining discovery requests by defendants for evidence pertaining to:

          (a) the contract between plaintiff and plaintiff's repossession agent;

          (b) all commissions the repossession agent has earned from plaintiff in the past three years, and

          (c) all appraisals made on buses by the repossession agent in the past three years;

are denied without prejudice. Defendants may renew the requests at the damages phase of the litigation, should one occur.

      3. A settlement conference will take place with Magistrate Judge Gabriel W. Gorenstein on February 17, 2009.

Dated: New York, New York
       February 6, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.